No. 88–7047. KAPANTAIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–7052. MARINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7053. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–7056. MONZON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–1259. GARDNER ET AL. v. TRIBBLE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1380. OGLALA SIOUX TRIBE ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1530. JULIANO v. COMMERCIAL LIFE INSURANCE CO. ET AL. Sup. Ct. Cal. Motion of California Medical Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–1574. BURT v. JUSTICES OF THE SUPREME COURT OF IDAHO ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 88–1662. ROMP v. UNITED STATES. C. A. 6th Cir. Certiorari before judgment denied.